

FROM:
JASON A JENSEN
919 N STONE AVE #5305
TUCSON, AZ 85705

TO: ~~[redacted]~~
EVO A DECONCINI US COURTHOUSE
405 WEST CONGRESS ST #1500
TUCSON, AZ 85701
ATTN: COURT CLERK FILING

RECEIVED
AUG 15 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

Utility Mailer
10 1/2" x 16"

ReadyPost

Case 4:25-cv-00464-JGZ    Document 1-1    Filed 08/15/25    Page 1 of 1